# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 178 EAL 2014
:
Petitioner :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
JOSEPH NEWMAN, JR., :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.